### STATE OF CONNECTICUT *v.* BRUCE MILLER

The defendant's petition for certification for appeal from the Appellate Court, 128 Conn. App. 528 (AC 31340), is denied.

*Kirstin B. Coffin,* special public defender, in support of the petition.

*Emily Graner Sexton,* special deputy assistant state's attorney, in opposition.

Decided June 23, 2011

### SIXTO SIERRA *v.* C & S WHOLESALE GROCERS, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 128 Conn. App. 78 (AC 31567), is denied.

*Neil Johnson,* in support of the petition.

Decided June 23, 2011

### FRANK LOPA *v.* MICHAEL GARASSINO ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 128 Conn. App. 901 (AC 31599), is denied.

*Jerald Barber,* in support of the petition.

*Francis J. Grady* and *Patrice S. Montalto,* in opposition.

Decided June 23, 2011